UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | CRIMINAL NO. M-05-763 |
| | § | |
| JORGE ARMANDO ROBLES-LIAS aka | § | |
| Javier Robles | § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Jorge Armando Robles-Lias' Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motion for Continuance of Defendant, Jorge Armando Robles-Lias, is hereby **GRANTED** and this case is continued for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for November 4, 2005) in this case is hereby reset for December 23, 2005 at 9:30 a.m. and Jury Selection is hereby reset for January 4, 2006, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

DONE this 3rd day of November, 2005, at McAllen, Texas.

_____
Randy Crane
United States District Judge